MARGARET E. LUEDERS, Respondent, v. GEORGE K. LUEDERS, Appellant.— Action by plaintiff to recover from her former husband sums of money for her support, due and unpaid under a contract between them. Resettled order granting motion for summary judgment, and judgment entered in accordance therewith, unanimously affirmed, with $10 costs and disbursements. The undisputed facts and the language of the original and amended contracts make it clear that such contracts were not merged in the decree of divorce which was granted to plaintiff in the State of New Jersey. Nor does the defendant by appropriate pleading present any such issue. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

WILLIAM J. McEVOY, Appellant, v. (AMERICAN) LUMBERMEN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Respondent.— Action to recover commissions on compensation and public liability insurance placed by plaintiff with defendant. Order dismissing plaintiff's first cause of action insofar as appealed from unanimously affirmed, with $10 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ. [See *post*, p. 946.]

GORDON MILLER, Suing as a Stockholder of Fleetwood Bank on His Own Behalf and On Behalf of All Other Stockholders Similarly Situated, Respondent, v. WALTER S. McCLURE et al., Appellants, et al., Defendants.— In an action by a stockholder of defendant bank to compel appellant directors to reimburse the bank for moneys disbursed in the defense of a proceeding in which the right of certain directors to hold office was sustained, order denying appellants' motion for summary judgment reversed on the law, with $10 costs and disbursements, to be paid by respondent, and the motion granted, without costs. It appearing that the reasonableness of the amount paid for the services rendered is not in dispute, the opposing papers fail to establish the existence of a triable issue. Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL P. ARTURO, True Name DANIEL P. ARTURA, Appellant.— Judgment of the Kings County Court convicting defendant of the crime of robbery in the third degree, unarmed, as a second offender, upon his plea of guilty, and sentencing him to not less than fifteen and not more than twenty years in State prison, insofar as appealed from, unanimously affirmed. Section 1941 of the Penal Law (as amd. by L. 1942, ch. 700) empowers the sentencing court, in its discretion, to impose such a sentence. The facts show no abuse of discretion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER BERNSTEIN, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of violating subdivision 2 of section 104-a of the Alcoholic Beverage Control Law of the State of New York, reversed on the law and the facts, the complaint dismissed and the defendant discharged. We are of opinion that the sign affixed to defendant's truck, used for the delivery of beer, was sufficiently attached to the vehicle in compliance with the provisions of section 104-a of the Alcoholic Beverage Control Law, requiring a permanent sign. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.